IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM MICHAEL CADE-GILSON,<br><br>Defendant. | Case No. CR14-2035<br><br>ORDER CANCELLING DETENTION HEARING AND ORDERING DEFENDANT DETAINED PENDING TRIAL |

This matter comes before the Court on the Government's motion for detention made at the Defendant's initial appearance before a judicial officer in this district. The Court set a hearing on this motion for August 4, 2014. However, prior to the hearing, defense counsel notified the Court that the Defendant agreed to be detained subject to Defendant's ability to request and receive a prompt hearing on the Government's motion for detention at a later time.

## ORDER

IT IS THEREFORE ORDERED as follows:

1. The Detention Hearing currently scheduled for 12:00 p.m. on August 4, 2014 is hereby **CANCELLED**.

2. The Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. The Attorney General shall afford the Defendant reasonable opportunity for private consultation with counsel while detained.

4. The time from the Government's oral motion to detain (July 30, 2014) to the filing of this Ruling (August 1, 2014) shall be excluded in computing the time within which the trial must commence pursuant to the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D).

DATED this 1st day of August, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA